DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Stanford<br><br>Case Below:<br>169 N.C. App. 214 | No. 193P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-637)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>06/30/05<br><br>3. Denied<br>06/30/05 |
| State v. Sutton<br><br>Case Below:<br>169 N.C. App. 90 | No. 200P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-101)<br><br>2. AG's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>06/30/05<br><br>2. Dismissed as moot<br>06/30/05 |
| State v. Walker<br><br>Case Below:<br>167 N.C. App. 110 | No. 016P05 | 1. Def's (Emil E. Browning, Jr.) NOA Based Upon a Constitutional Question (COA03-1426)<br><br>2. Def's (Emil E. Browning, Jr.) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br>05/04/05<br><br>2. Denied<br>05/04/05 |
| State v. Walters<br><br>Case Below:<br>Robeson County<br>Superior Court | No. 058A02-3 | Def's Motion to Vacate Death Sentence | Allowed and the case is remanded to the trial court with instructions to impose a sentence of life imprisonment without parole<br>05/04/05 |
| State v. Wheeler<br><br>Case Below:<br>168 N.C. App. 731 | No. 182P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-65) | Denied<br>05/04/05 |
| State v. Winslow<br><br>Case Below:<br>169 N.C. App. 137 | No. 201A05 | 1. Def's NOA (Dissent) (COA04-647)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br>2. Denied<br>06/30/05 |
| State v. Wood<br><br>Case Below:<br>168 N.C. App. 581 | No. 165P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-526) | Denied<br>05/04/05 |
| Stetser v. TAP<br>Pharm. Prods., Inc.<br><br>Case Below:<br>162 N.C. App. 518 | No. 142PA04 | Plt's Motion to Withdraw Appeal | Allowed<br>06/30/05 |